UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOURTHERN DIVISION

DOYLE WILLIAM PARKER,

    Petitioner,   Case No. 14-cv-11245
                                   Hon. Matthew F. Leitman

v.

JEFF WOODS,

    Respondent,
_____/

**ORDER GRANTING PETITIONER AN EXTENSION OF TIME TO FILE A TRAVERSE OR REPLY BRIEF TO THE RESPONDENT'S ANSWER.**

Before the Court is petitioner's motion for an extension of time to file a reply to the respondent's answer.

The Court will give petitioner ninety days from the date of this order to file a traverse or reply brief to the respondent's answer. Rule 5(e) of the Rules Governing § 2254 Cases, 28 U.S.C. foll. § 2254 states that a habeas petitioner "may submit a reply to the respondent's answer or other pleading within a time fixed by the judge." *See Baysdell v. Howes,* 2005 WL 1838443, * 4 (E.D. Mich. August 1, 2005).

**IT IS HEREBY ORDERED** That Petitioner shall have **ninety (90) days** from the date of this order to file a traverse or reply brief.

                                       /s/Matthew F. Leitman
                                       MATTHEW F. LEITMAN
                                       UNITED STATES DISTRICT JUDGE

Dated: October 17, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 17, 2014, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda  
                                                Case Manager  
                                                (313) 234-5113